UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                              CRIMINAL ACTION NO. 5:07cr22-DCB-JCS

DARION FELLS                                                    DEFENDANT

### ORDER

This matter comes before the Court on its own Motion. The defendant has satisfactorily complied with the conditions of release set forth in this Court's Order [docket entry no. 7] of October 18, 2007. Therefore, the $5000.00 cash payment (10% of the $50,000.00 appearance bond ordered by the Court) deposited by Natalie Fells into the Registry of the Court on behalf of the defendant shall be released and returned to her. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall forthwith release to Natalie Fells from the Registry of the Court the sum of $5000.00, said sum having been paid by her on the defendant's behalf as 10% of a $50,000.00 appearance bond and the defendant having satisfactorily met the conditions of release ordered by the Court.

**SO ORDERED,** this the  14th  day of May 2008.


                                     s/ David Bramlette
                                **UNITED STATES DISTRICT JUDGE**